

# Fourth Court of Appeals
## San Antonio, Texas

January 29, 2020

No. 04-19-00807-CV

**IN THE INTEREST OF J.M.T., A CHILD,**

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-PA-00140
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

In this accelerated appeal of the January 9, 2020 order terminating Dad's parental rights, the appellate record was complete when a supplemental record containing the trial court's order was filed on January 23, 2020.

Appellant Dad filed a brief before the appellate record was complete. On January 23, 2020, he filed a motion for a seven-day extension of time to file his amended brief, until January 30, 2020, and he filed his amended brief on January 27, 2020.

Appellant Dad's motion is GRANTED. His amended brief is deemed timely filed.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of January, 2020.

_____
MICHAEL A. CRUZ,
Clerk of Court